```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 04 B 24223
   DORIS A SMITH
                                         CHAPTER 13

                                         JUDGE: JOHN H SQUIRES
       Debtor
   SSN XXX-XX-3979
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/28/04 and confirmed on 08/20/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 36432.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FORD MOTOR CREDIT CO | SECURED | 10475.00 | 642.12 | 10475.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 1689.98 | .00 | 1689.98 |
| BECKET & LEE LLP | UNSECURED | 2258.66 | .00 | 912.58 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 7446.83 | .00 | 3008.78 |
| BANK ONE DELAWARE | UNSECURED | 4667.00 | .00 | 1885.63 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 902.78 | .00 | 364.75 |
| BRIAN JORDAN | UNSECURED | 3100.00 | .00 | 1252.51 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8983.89 | .00 | 3629.81 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 155.61 | .00 | 62.87 |
| DIRECT MERCHANTS CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 7125.24 | .00 | 2878.85 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10985.21 | .00 | 4438.41 |
| GM CARD | UNSECURED | NOT FILED | .00 | .00 |
| KAREN SCIACKITANO | UNSECURED | 400.00 | .00 | 161.61 |
| MAUREEN MCGUIRE | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 301.40 | .00 | 121.78 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 271.56 | .00 | 109.72 |
| WALMART | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | 3610.93 | .00 | 1458.94 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 10475.00 | 1689.98 | 50209.11 | .00 | 62374.09 |
| PRINCIPAL PAID | 10475.00 | 1689.98 | 20286.24 | .00 | 32451.22 |
| INTEREST PAID | 642.12 | .00 | .00 | .00 | 642.12 |

```
TOTAL PAID              11117.12        1689.98      20286.24          .00      33093.34
```

The Debtor's attorney, JOSEPH WROBEL ESQ                , was allowed $   2700.00 and was paid $    900.00   direct and $   1800.00   through the plan.

The Trustee received $    1538.66 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/09/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE